RICHARD WAYNE, Respondent, v. ANTOINETTE CONVERSE WAYNE, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the

defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present— Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.